AO 91 (Rev. 11/11) Criminal Complaint   *Class A Misdemeanor*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Gerardo RODRIGUEZ-Lois <br><br> *Defendant(s)* | ) ) ) ) ) ) ) )    Case No. B-19-MJ-306 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | The defendant being then and there a detainee held in custody or confinement under the laws of the United States, did willfully, knowingly, and unlawfully, escape from a facility where he was being held for immigration proceedings. |

This criminal complaint is based on these facts:

The defendant, a Cuban National, was detained for immigration proceedings at the Port Isabel Detention Center in Los Fresnos, TX. On March 2, 2019, the defendant escaped by scaling two security fences and passing through a gap in a third security fence. On March 3, 2019, the defendant was apprehended approximately thirteen miles away and admitted he was trying to flee to Mexico.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Read, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/04/2019__

_____
*Judge's signature*

City and state: __Brownsville, Texas__   Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*