United States District Court
Southern District of Texas
**ENTERED**
March 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| VS. | § | CASE NO.: **B-19-MJ-306-01** |
| **Gerardo Rodriguez-Lois** | § | |

## JUDGMENT

On **March 7, 2019**, defendant appeared in person and with appointed counsel, **Rudy Rodriguez**, Assistant Federal Public Defender**.**

Whereupon the defendant entered a plea of guilty to the offense being there and then a detainee held in custody or confinement under the laws of the United States, did willfully, knowingly, and unlawfully escape from a facility where he was being held for immigration proceedings, as charged in the Criminal Complaint; and the Court having asked the defendant whether **he** had anything to say why judgment should not pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby **sentenced to time served with one (1) year of Supervised Release (SRT) without supervision** and a special assessment of **$25.00 is imposed.**

DONE at Brownsville, Texas, on **March 7, 2019**.

_____
Ronald G. Morgan
United States Magistrate Judge

## R E T U R N

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of the Judgment.

By: _____,
Deputy U.S. Marshal